JAMES H. POST, Individually and as Trustee, Appellant, v. WILLIAM J. LOGAN, Respondent.

*Post* v. *Logan*, 155 App. Div. 934, affirmed.
(Argued April 19, 1915; decided May 4, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the specific performance of a contract for the exchange of shares of stock of the New York Sugar Refining Company for shares of stock of a company still to be formed at the date of the contract and thereafter formed under the corporate name of the National Sugar Refining Company of New Jersey.

*Lewis E. Carr, Adrian H. Larkin* and *Lewis H. Freedman* for appellant.

*James M. Gifford* and *John D. Fearhake* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.